IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TABITHA W. PAULK, )
)
        Plaintiff, )
)
vs. ) Case No. CV502-92
)
TECUMSEH PRODUCTS COMPANY - )
ENGINE AND TRAMSMISSION GROUP - )
DUNLAP OPERATIONS, INC., )
)
        Defendant. )

O R D E R

The Court having been advised by counsel for the parties that the above civil action has settled,

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, within thirty days of the date this Order is filed. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this order, by United States Mail, upon the attorneys of record for the parties appearing in this case. This case is **CLOSED**.

SO ORDERED, this 14th day of May, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA